UNITED STATES of America,
Plaintiff–Appellee,

v.

Antonio QUINTERO–FIGUEROA,
Defendant–Appellant.

No. 01–10008.

D.C. No. CR–00–01041–PGR.

United States Court of Appeals,
Ninth Circuit.

Submitted June 9, 2003.*

Decided June 12, 2003.

Before RYMER, THOMAS and
SILVERMAN, Circuit Judges.

MEMORANDUM **

Antonio Quintero–Figueroa appeals his guilty-plea conviction and 50–month sentence imposed for illegal re-entry following deportation, in violation of 8 U.S.C. § 1326. Quintero–Figueroa's attorney has filed a brief and a motion to withdraw as counsel of record pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Quintero–Figueroa has not filed a pro se supplemental brief.

Our review of the *Anders* brief and our independent review of the record under

---

1. *See United States v. Beierle,* 77 F.3d 1199, 1201 (9th Cir.1996).

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

*Penson v. Ohio,* 488 U.S. 75, 83, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), disclose no issues requiring further review. Accordingly, counsel's motion to withdraw is **GRANTED** and the district court's judgment is **AFFIRMED.**

---

* This disposition is not appropriate for publication and may not be cited to or by the courts